IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CORDELL YOUNG and**<br>**DAVON JONES,** | )<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| v. | )   Case No. 1:23-CV-160<br>) |
| **SERGEANT WALTERS, et al,** | )<br>) |
| **Defendants.** | ) |

**MEMORANDUM ORDER**

This action was received by the Clerk of Court on May 26, 2023. The matter was assigned and referred to United States Magistrate Judge Kezia O. L. Taylor for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

Plaintiffs, Cordell Young and Davon Jones, are pro se inmates whose claims arose out of an incident in which OC spray was administered into their cell at SCI-Albion. Plaintiffs named Sergeant Walters as a Defendant to this action and they seek monetary relief.

On August 5, 2025, Judge Taylor issued a Report and Recommendation recommending that Defendant Walters' motion for summary judgment be granted in part and denied in part. ECF No. 84. All parties were given ample opportunity to file Objections to the Report and Recommendation. To date, none have been filed.

Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations. 28 U.S.C. § 636(b)(1); Local Rule 72(D)(2). A district court is not required to make any separate findings or

1

conclusions when reviewing a recommendation de novo under 28 U.S.C. § 636. *See Hill v. Barnacle*, 655 Fed. App'x 142, 148 (3d Cir. 2016) ("District courts are not required to make any separate findings or conclusions when reviewing a Magistrate Judge's recommendation de novo under 28 U.S.C. § 636(b). We presume that the District Court engaged in the required de novo review absent some indication to the contrary. There is no such indication here because the District Court noted Hill's objections and stated that it reviewed the record independently.") (internal citation omitted).

After *de novo* review of the filings in this case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 21st day of October 2025;

IT IS ORDERED that the motion for summary judgment [ECF No. 57] is granted in part and denied in part. The motion is granted in favor of Defendant as to Plaintiff Young's excessive force claim. The motion is denied as to Plaintiff Jones' claim in all respects.

IT IS FURTHER ORDERED that final judgment will be entered in favor of Defendant Walters and against Plaintiff Young pursuant to Fed.R.Civ.P. 58.

AND, IT IS FURTHER ORDERED that the report and recommendation of Magistrate Judge Taylor, issued on August 5, 2025 [ECF No. 84] is adopted as the opinion of the court.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge